## COLUMBUS RAILROAD COMPANY *v.* ASBELL.

ATKINSON, J. 1. The requests to charge, which were refused, in so far as they announced correct principles of law, were sufficiently covered by the general charge.

2. The excerpts from the charge, of which complaint was made, when considered in the light of the general charge, present no ground for reversal.

3. The verdict was supported by the evidence, and there was no error in refusing a new trial. *Judgment affirmed. All the Justices concur.*

APRIL 13, 1911.

Action for damages. Before Judge Gilbert. Muscogee superior court. May 31, 1910.

*F. U. Garrard, Cecil Neill,* and *Hatcher & Hatcher,* for plaintiff in error.

*William A. Little* and *A. W. Cozart,* contra.

---

## JOHNSON *v.* REEVES.

LUMPKIN, J. The evidence was conflicting, but was sufficient to authorize the verdict, and there was no error in overruling the motion for a new trial. *Judgment affirmed. All the Justices concur.*

APRIL 13, 1911.

Attachment. Before Judge Littlejohn. Webster superior court. May 16, 1910.

*W. H. Gurr,* for plaintiff in error.

*J. F. Souter* and *J. B. Hudson,* contra.